IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| KT IMAGING USA, LLC,<br><br>                                Plaintiff<br><br>                -against-<br><br>ASUSTEK COMPUTER INC.<br><br>                              Defendant | Civil Action No.: 6:20-CV-300<br><br>**Jury Trial Demanded** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff KT Imaging USA, LLC ("KTI" or "Plaintiff"), by way of this Complaint against Defendant ASUSTeK Computer Inc. ("ASUS" or "Defendant"), alleges as follows:

**PARTIES**

1.  Plaintiff KT Imaging USA, LLC is a limited liability company organized and existing under the laws of the State of Texas, having its principal place of business at 106 E 6th Street, Suite 900, Austin, TX 78701.

2.  On information and belief, Defendant ASUS is a Taiwanese company, and is located at No. 15, Li-Te Rd., Beitou District, Taipei 112, Taiwan.

3.  On information and belief, Defendant ASUS, either itself and/or through the activities of its subsidiaries, makes, uses, sells, offers for sale, and/or imports throughout the United States, including within this District, products that infringe the Asserted Patents, defined below.

**JURISDICTION AND VENUE**

4.  This is an action under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq.*, for infringement by ASUS of claims of U.S. Patent No. 6,876,544; U.S. Patent No. 7,196,322; U.S.

1

Patent No. 8,004,602; and U.S. Patent No. 8,314,481 (collectively "the Patents-in-Suit").

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. ASUS is subject to personal jurisdiction of this Court because, *inter alia*, on information and belief, (i) ASUS has committed and continues to commit acts of patent infringement in the State of Texas, including by making, using, offering to sell, selling, and/or importing the accused products into Texas; (ii) ASUS purposefully supplies and directs the accused products for storage, warehousing, and sales by distributors and resellers in the State of Texas; and (iii) ASUS delivers its products into the stream of commerce with the expectation that they will be purchased by consumers in the State of Texas. In addition, or in the alternative, this Court has personal jurisdiction over ASUS pursuant to Fed. R. Civ. P. 4(k)(2).

7. Venue is proper as to ASUS in this District under 28 U.S.C. § 1391(c) because, *inter alia*, ASUS is a foreign corporation.

## BACKGROUND

8. On April 5, 2005, the United States Patent and Trademark Office duly and lawfully issued U.S. Patent No. 6,876,544 ("the '544 Patent"), entitled "Image Sensor Module and Method for Manufacturing the Same."

9. On March 27, 2007, the United States Patent and Trademark Office duly and lawfully issued U.S. Patent No. 7,196,322 ("the '322 Patent"), entitled "Image Sensor Package."

10. On August 23, 2011, the United States Patent and Trademark Office duly and lawfully issued U.S. Patent No. 8,004,602 ("the '602 Patent"), entitled "Image Sensor Structure And Integrated Lens Module Thereof."

11. On November 20, 2012, the United States Patent and Trademark Office duly and lawfully issued U.S. Patent No. 8,314,481 ("the '481 Patent"), entitled "Substrate Structure for an Image

Sensor Package and Method for Manufacturing the Same."

12.     KTI is the assignee and owner of the right, title, and interest in and to the Patents-in-Suit, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

13.     By letter dated June 20, 2019, KTI notified ASUS of the existence of the '544 Patent, the '322 Patent, and the '602 Patent, and of infringement thereof by ASUS.

14.     ASUS has infringed and continues to infringe the Patents-in-Suit by making, using, selling, or offering for sale in the United States, or importing into the United States mobile devices, such as smartphones, tablets, and laptops with front and/or rear image sensors.  Attachment A to this Complaint provides a non-exhaustive listing of Accused Products.  Attachment B to this Complaint provides a listing of Exhibits comprising exemplary teardown images for certain Accused Products.

## COUNT I: INFRINGEMENT OF THE '544 PATENT BY ASUS

15.     Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

16.     On information and belief, ASUS has infringed the '544 Patent pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, offering to sell, selling in the United States or importing into the United States the Accused Products and all other products with substantially similar imaging sensors.

17.     For example, on information and belief, ASUS has infringed and continues to infringe at least claim 1 of the '544 Patent by including an image sensor module to be mounted to a printed circuit board in the ASUS ZenPad Z8s product.  *See* Ex. 1 (ASUS ZenPad Z8s rear facing image sensor).  The image sensor module in the Accused Products comprises a substrate having an upper surface formed with a plurality of first connection points and a lower surface formed with a plurality of second connection points, which is electrically connected to the printed circuit board.

*See* Exs. 2-3 (ASUS ZenPad Z8s rear facing image sensor). The image sensor module further comprises a photosensitive chip mounted to the upper surface of the substrate. *See* Ex. 1 (ASUS ZenPad Z8s rear facing image sensor). The image sensor module further comprises a plurality of wires for electrically connecting the photosensitive chip to the first connection points on the upper surface of the substrate. *See* Ex. 3 (ASUS ZenPad Z8s rear facing image sensor). The image sensor module further comprises a frame layer mounted to the upper surface of the substrate to surround the photosensitive chip, an inner edge of the frame layer being formed with an internal thread from top to bottom, and a transparent layer being fixed by the frame layer such that the photosensitive chip may receive optical signals passing through the transparent layer. *See* Exs. 1-2 (ASUS ZenPad Z8s rear facing image sensor). The image sensor module further comprises a lens barrel formed with a chamber at a center thereof and an external thread at an outer edge thereof, the external thread being screwed to the internal thread of the frame layer, wherein the lens barrel has a through hole and an aspheric lens from top to bottom. Exs. 1 and 4 (ASUS ZenPad Z8s rear facing image sensor).

18. On information and belief, ASUS has induced infringement of the '544 Patent pursuant to 35 U.S.C. § 271(b), by actively and knowingly inducing, directing, causing, and encouraging others, including, but not limited to, its partners, resellers, distributers, customers, and end users, to make, use, sell, and/or offer to sell in the United States, and/or import into the United States, the Accused Products by, among other things, providing the accused products and incorporated image sensor technology, specifications, instructions, manuals, advertisements, marketing materials, and technical assistance relating to the installation, set up, use, operation, and maintenance of said products.

19. On information and belief, ASUS has committed the foregoing infringing activities without

a license.

20.     On information and belief, ASUS knew the '544 Patent existed and knew of exemplary infringing ASUS products while committing the foregoing infringing acts thereby willfully, wantonly and deliberately infringing the '544 Patent.

## COUNT II: INFRINGEMENT OF THE '322 PATENT BY ASUS

21.     Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

22.     On information and belief, ASUS has infringed the '322 Patent pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, offering to sell, selling in the United States or importing into the United States the Accused Products and all other products with substantially similar imaging sensors.

23.     For example, on information and belief, ASUS has infringed and continues to infringe at least claim 1 of the '322 Patent by including an image sensor module in the ASUS ZenPad Z8s product.  Ex. 1 (ASUS ZenPad Z8s rear facing image sensor).  The image sensor module in the Accused Products comprises a substrate having an upper surface, and a lower surface on which second electrodes are formed, and a frame layer arranged on the upper surface of the substrate, a cavity formed between the frame layer and substrate, and a plurality of first electrodes are formed on the frame layer.  *See* Exs. 2-3, 5-6 (ASUS ZenPad Z8s rear facing image sensor).  The image sensor module in the Accused Products further comprises a photosensitive chip mounted on the upper surface of the substrate and located within the cavity, and electrically connected to the first electrodes of the frame layer.  *See* Exs. 2-3, 5 (ASUS ZenPad Z8s rear facing image sensor).  The image sensor module in the Accused Products further comprises a lens holder having an upper end face, a lower end face, and an opening penetrating through the lens holder from the upper end face to the lower end face, the upper end of the opening formed with an internal thread and the lower end of the opening formed with a breach, so that the internal diameter of the upper end of the

opening is smaller than the lower end of the opening, the lens holder adhered on the upper surface of the substrate by glue, wherein, the frame layer is located within the breach of the lens holder. *See* Exs. 1 and 3 (ASUS ZenPad Z8s rear facing image sensor). The image sensor module of the Accused Product further comprises a lens barrel having an upper end face, a lower end face, and an external thread screwed to the internal thread of the lens holder. *See* Exs. 1 and 4 (ASUS ZenPad Z8s rear facing image sensor).

24. On information and belief, ASUS has induced infringement of the '322 Patent pursuant to 35 U.S.C. § 271(b), by actively and knowingly inducing, directing, causing, and encouraging others, including, but not limited to, its partners, resellers, distributers, customers, and end users, to make, use, sell, and/or offer to sell in the United States, and/or import into the United States, the Accused Products by, among other things, providing the accused products and incorporated image sensor technology, specifications, instructions, manuals, advertisements, marketing materials, and technical assistance relating to the installation, set up, use, operation, and maintenance of said products.

25. On information and belief, ASUS has committed the foregoing infringing activities without a license.

26. On information and belief, ASUS knew the '322 Patent existed and knew of exemplary infringing ASUS products while committing the foregoing infringing acts while committing the foregoing infringing acts, thereby willfully, wantonly and deliberately infringing the '322 Patent.

### COUNT III: INFRINGEMENT OF THE '602 PATENT BY ASUS

27. Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

28. On information and belief, ASUS has infringed the '602 Patent pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, offering to sell, selling in the United States, or importing into the United States the Accused Products and all other products

with substantially similar imaging sensors.

29. For example, on information and belief, ASUS has infringed and continues to infringe at least claim 1 of the '602 Patent by including an image sensor structure with an integrated lens module in the ASUS UX303UA product. *See* Ex. 8 (ASUS UX303UA image sensor) The image sensor structure in the Accused Products comprises a chip having a plurality of light-sensing elements arranged on a light sensing area of a first surface of the chip, a plurality of first conducting pads arranged around the light-sensing area and electrically connected to the light-sensing elements, and at least one conducting channel passing through the chip and electrically connected to the first conducting pads at one end as well as extending along with a second surface of the chip. *See* Exs. 9-11 (cross-sectional images of the ASUS UX303UA image sensor). The image sensor structure in the Accused Products comprises a lens module comprising a holder having a through hole and a contact surface on a bottom of the holder, wherein the contact surface is combined with the first surface, and at least one lens completely embedded inside the through hole and integrated with the holder. *See* Ex. 8 (cross-sectional image of the ASUS UX303UA image sensor).

30. On information and belief, ASUS has induced infringement of the '602 Patent pursuant to 35 U.S.C. § 271(b), by actively and knowingly inducing, directing, causing, and encouraging others, including, but not limited to, its partners, resellers, distributers, customers, and end users, to make, use, sell, and/or offer to sell in the United States, and/or import into the United States, the Accused Products by, among other things, providing the accused products and incorporated image sensor technology, specifications, instructions, manuals, advertisements, marketing materials, and technical assistance relating to the installation, set up, use, operation, and maintenance of said products.

31. On information and belief, ASUS has committed the foregoing infringing activities without

a license.

32. On information and belief, ASUS knew the '602 Patent existed and knew of exemplary infringing ASUS products while committing the foregoing infringing acts while committing the foregoing infringing acts, thereby willfully, wantonly and deliberately infringing the '602 Patent.

## COUNT IV: INFRINGEMENT OF THE '481 PATENT BY ASUS

33. Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

34. On information and belief, ASUS has infringed the '481 Patent pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents, by making, using, offering to sell, selling in the United States, or importing into the United States the Accused Products and all other products with substantially similar imaging sensors.

35. For example, on information and belief, ASUS has infringed and continues to infringe at least claim 1 of the '481 Patent by including a substrate structure for an image sensor package in the ASUS TF700 product. *See* Ex. 12 (ASUS TF700 front facing image sensor). The substrate structure in the Accused Products comprises a bottom base having an upper surface formed with a plurality of first electrodes, and a lower surface formed with a plurality of second electrodes, wherein an insulation layer is coated between first electrodes and in direct surface contact with the upper surface of the bottom base. *See* Ex. 13 (ASUS TF700 front facing image sensor). The substrate structure in the Accused Products comprises a frame layer arranged on and in direct surface contact with the first electrodes and the insulation layer to form a cavity together with the bottom base, wherein the insulation layer is interposed between the bottom base and the frame layer. *See* Exs. 12 - 13 (ASUS TF700 front facing image sensor).

36. On information and belief, ASUS has induced infringement of the '481 Patent pursuant to 35 U.S.C. § 271(b), by actively and knowingly inducing, directing, causing, and encouraging others, including, but not limited to, its partners, resellers, distributors, customers, and end users,

to make, use, sell, and/or offer to sell in the United States, and/or import into the United States, the Accused Products by, among other things, providing the accused products and incorporated image sensor technology, specifications, instructions, manuals, advertisements, marketing materials, and technical assistance relating to the installation, set up, use, operation, and maintenance of said products.

37. On information and belief, ASUS has committed the foregoing infringing activities without a license.

## PRAYER FOR RELIEF

WHEREFORE, KTI prays for judgment in its favor against ASUS for the following relief:

A. Entry of judgment in favor of KTI against ASUS on all counts;

B. Entry of judgment that ASUS has infringed the Patent-in-Suit;

C. Entry of judgment that ASUS's infringement of the '544, '322, and '602 Patents has been willful;

D. An order permanently enjoining ASUS from infringing the Patent-in-Suit;

E. Award of compensatory damages adequate to compensate KTI for ASUS's infringement of the Patent-in-Suit, in no event less than a reasonable royalty trebled as provided by 35 U.S.C. § 284;

F. Award of reasonable attorneys' fees and expenses against ASUS pursuant to 35 U.S.C. § 285;

G. KTI's costs;

H. Pre-judgment and post-judgment interest on KTI's award; and

I. All such other and further relief as the Court deems just or equitable.

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Fed. R. Civ. Proc., Plaintiff hereby demands trial by jury in this action of all claims so triable.

Dated: April 20, 2020                                            Respectfully submitted,

*/s/ Stafford Davis*
Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
State Bar No. 24104849
cbartles@stafforddavisfirm.com
**THE STAFFORD DAVIS FIRM, PC**
815 South Broadway
Tyler, Texas 75702
Tel: (903) 593-7000
Fax: (903) 705-7369

Dmitry Kheyfits
(*pro hac vice* to be filed)
dkheyfits@kblit.com
**KHEYFITS BELENKY LLP**
7500 Rialto Boulevard, Suite 250
Austin, TX 78735
Tel: 737-228-1838
Fax: 737-228-1843

Brandon G. Moore
**KHEYFITS BELENKY LLP**
7500 Rialto Boulevard, Bldg. 1
Suite 250
Austin, TX 78735
Tel: 737-228-1838
Fax: 737-228-1843

Andrey Belenky
abelenky@kblit.com
**KHEYFITS BELENKY LLP**
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Tel: 212-203-5399
Fax: 212-203-5399


*Attorneys for Plaintiff*
*KT Imaging USA, LLC*