IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **KT IMAGING USA, LLC,**<br>　　　　*Plaintiff*<br><br>-v-<br><br>**ACER AMERICA CORPORATION,**<br>**ACER INC.,**<br>　　　　*Defendants* | § § § § § § § § § § | **W-20-CV-00299-ADA** |
| **KT IMAGING USA, LLC,**<br>　　　　*Plaintiff*<br><br>-v-<br><br>**ASUSTEK COMPUTER INC.,**<br>　　　　*Defendant* | § § § § § § § § § § | **W-20-CV-00300-ADA** |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through January 21, 2021 and finds the requested amount ($13,275.00) to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

　　Plaintiff:　　　$4,425.00
　　Acer:　　　　$4,425.00
　　ASUSTeK:　　$4,425.00

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 21st day of January, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE